155 A.3d 443

**PATTERSON, Robert Amos**

v.

**STATE of Maryland**

**Pet. Docket No. 424, Sept. Term, 2016**

Court of Appeals of Maryland.

February 21, 2017

Petition for writ of certiorari denied

155 A.3d 443

**PUPPOLO**

v.

**HOLY CROSS HOSPITAL**

**Pet. Docket No. 541, Sept. Term, 2016**

Court of Appeals of Maryland.

February 21, 2017

Opinion of the Court of Special Appeals unreported (No. 1889, Sept. Term, 2015).

Petition for writ of certiorari denied